IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEN CRABB, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0848 |
| | § | |
| UNITED STATES FEDERAL HIGHWAY, | § | |
| ADMINISTRATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties' joint motion for a status conference, (Docket Entry No. 65), is granted. A status conference is set for **July 16, 2012 at 10:00 a.m.** Out-of-state counsel may participate by calling the court's designated conference line at 713-250-5550. The parties should be prepared to address all pending motions. The defendants must respond to the plaintiffs' motion for clarification, (Docket Entry No. 57), no later than July 13, 2012.

SIGNED on June 22, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge