United States District Court
Southern District of Texas
**ENTERED**
March 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM A. WARE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0848 |
| | § | |
| UNITED STATES FEDERAL HIGHWAY, ADMINISTRATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion of even date, the plaintiff's action is dismissed.

SIGNED on March 30, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

1